1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
2  MELYNNIE A. RIZVI, SB#225591
   One Sansome Street, Suite 1400
   San Francisco, California 94104
3  Telephone: (415) 362-2580
   Facsimile: (415) 434-0882
4
5  Attorneys for Gentle Dental

6
7
8                  UNITED STATES DISTRICT COURT
9                  NORTHERN DISTRICT OF CALIFORNIA
10
11 INTERNATIONAL LONGSHORE &            ) CASE NO. 06 7686
12 WAREHOUSE UNION (ILWU),              )
   LOCAL 6,                             )
13                                      ) **JOINT STIPULATION OF TIME TO**
            Plaintiff,                  ) **RESPOND TO COMPLAINT**
14                                      )
       v.                               ) AND ORDER
15                                      )
   GENTLE DENTAL,                       )
16                                      )
            Defendant.                  )
17 _____)

18      Plaintiff, International Longshore & Warehouse Union, Local 6, and defendant Gentle
19 Dental (hereinafter the "Parties") through their respective attorneys of record, do hereby stipulate
20 and agree that the time for Gentle Dental to answer or otherwise respond to the complaint in the
21 above-referenced action shall be extended by fourteen (14) days from January 18, 2007, to
22 February 1, 2007. This extension of time is in no way intended to delay the disposition of this
23 action, but rather is to allow the parties to conduct a meaningful discussion regarding early
24 resolution. This is the first such extension of time to respond to the complaint requested on the
25 part of Gentle Dental.
26      The Parties stipulate to such extension of time pursuant to Local Rule 6-1(a) -3, which
27 provides in part as follows: " Parties may stipulate in writing, without a Court order, to extend the
28 time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the

4825-4012-7937.1
-1-
JOINT STIPULATION OF TIME TO RESPOND TO COMPLAINT

time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order.

DATED: January 16, 2007     LEWIS BRISBOIS BISGAARD & SMITH LLP

By _/s/ Melynnie A. Rizvi_
Melynnie A. Rizvi
Attorneys for Gentle Dental

By _/s/ Kenneth C. Absalom_
Kenneth C. Absalom
Attorney for International Longshore & Warehouse Union (ILWU), Local 6

**GRANTED**
Judge Martin J. Jenkins
1/18/2007
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

4825-4912-7937.1

-2-

JOINT STIPULATION OF TIME TO RESPOND TO COMPLAINT