

**LEWIS BRISBOIS BISGAARD & SMITH LLP**
MELYNNIE A. RIZVI, SB#225591
One Sansome Street, Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Gentle Dental

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INTERNATIONAL LONGSHORE & WAREHOUSE UNION (ILWU), LOCAL 6, <br><br>Plaintiff, <br><br>v. <br><br>GENTLE DENTAL, <br><br>Defendant. | CASE NO. 06 7686 MJJ <br><br>**SECOND JOINT STIPULATION OF TIME TO RESPOND TO COMPLAINT** <br><br>AND ORDER |

Plaintiff, International Longshore & Warehouse Union, Local 6, and defendant Gentle Dental (hereinafter the "Parties") through their respective attorneys of record, do hereby stipulate and agree that the time for Gentle Dental to answer or otherwise respond to the complaint in the above-referenced action shall be extended by an additional fourteen (14) days from February 1, 2007, to February 14, 2007. This extension of time is in no way intended to delay the disposition of this action, but rather, to allow the parties to continue meaningful settlement discussions with a goal towards early resolution of this matter. This is the second such extension of time to respond to the complaint requested on the part of Gentle Dental.

The Parties stipulate to such extension of time pursuant to Local Rule 6-1(a) -3, which provides in part as follows: " Parties may stipulate in writing, without a Court order, to extend the time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the

4825-4041-2417.1

-1-

JOINT STIPULATION OF TIME TO RESPOND TO COMPLAINT

1  time in matters not required to be filed or lodged with the Court, provided the change will not alter
2  the date of any event or any deadline already fixed by Court order.
3  DATED: Jan. 29, 2007  Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____
  Melynnie A. Rizvi
  Attorneys for Gentle Dental

By _____
  Kenneth C. Absalom
  Attorney for International Longshore &
  Warehouse Union (ILWU), Local 6

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**GRANTED**
Judge Martin J. Jenkins
2/5/2007

4825-4041-2417.1
-2-
JOINT STIPULATION OF TIME TO RESPOND TO COMPLAINT