1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   MELYNNIE A. RIZVI, SB#225591
2  One Sansome Street, Suite 1400
   San Francisco, California 94104
3  Telephone: (415) 362-2580
   Facsimile: (415) 434-0882
4
   Attorneys for Gentle Dental
5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10

11 INTERNATIONAL LONGSHORE &              ) CASE NO. 06 7686 MJJ
   WAREHOUSE UNION (ILWU), LOCAL 6,       )
12                                        )
            Plaintiff,                    ) **THIRD JOINT STIPULATION OF TIME**
13                                        ) **TO RESPOND TO COMPLAINT AND**
       v.                                 ) **ORDER**
14                                        )
   GENTLE DENTAL,                         )
15                                        )
            Defendant.                    )
16 _____ )
                                          )
17

18       Plaintiff, International Longshore & Warehouse Union, Local 6, and defendant Gentle

19 Dental (hereinafter the "Parties") through their respective attorneys of record, do hereby stipulate

20 and agree that the time for Gentle Dental to answer or otherwise respond to the complaint in the

21 above-referenced action shall be extended by an additional thirty (30) days from February 14, 2007,

22 to March 16, 2007. This extension of time is in no way intended to delay the disposition of this

23 action, but rather, to allow the parties to continue meaningful settlement discussions with a goal

24 towards early resolution of this matter. This is the third, and final, such extension of time to

25 respond to the complaint requested on the part of Gentle Dental.

26       The Parties stipulate to such extension of time pursuant to Local Rule 6-1(a) -3, which

27 provides in part as follows: " Parties may stipulate in writing, without a Court order, to extend the

28 time within which to answer or otherwise respond to the complaint, or to enlarge or shorten the

4826-3222-9889.1                           -1-
                   JOINT STIPULATION OF TIME TO RESPOND TO COMPLAINT

time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by Court order.

DATED: 2/14/07, 2007    Respectfully submitted,

LEWIS BRISBOIS BISGAARD & SMITH LLP

By _____Melynnie A. Rizvi_____
Melynnie A. Rizvi
Attorneys for Gentle Dental

By _____Kenneth C. Absalom_____
Kenneth C. Absalom
Attorney for International Longshore &
Warehouse Union (ILWU), Local 6

### ORDER

Pursuant to the stipulation of the parties, and good cause appearing therefor:

**IT IS HEREBY ORDERED** that the time for Gentle Dental to answer or otherwise respond to the complaint in the above-referenced action is hereby extended an additional thirty (30) days from February 14, 2007, to March 16, 2007.

DATE: 02/15, 2007

_____/s/ Martin J. Jenkins_____
U.S. DISTRICT COURT JUDGE
Judge Martin J. Jenkins

4826-3222-9889.1

-2-

**JOINT STIPULATION OF TIME TO RESPOND TO COMPLAINT**